| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Zainab Mariam Dumbuya**<br>First Name    Middle Name    Last Name | Social Security number or ITIN | **xxx–xx–2200** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Mohamed Dumbuya**<br>First Name    Middle Name    Last Name | Social Security number or ITIN | **xxx–xx–8619** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter **7** | **October 16, 2017** |
| Case number: | **17–35172–KLP** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Zainab Mariam Dumbuya | Mohamed Dumbuya |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1319 Quiet Forest Lane<br>Colonial Heights, VA 23834 | 1319 Quiet Forest Lane<br>Colonial Heights, VA 23834 |
| 4. | **Debtor's attorney**<br>Name and address | Jacqueline W. Sharman<br>Bowen Ten Cardani, P.C.<br>3957 Westerre Parkway<br>Suite 105<br>Richmond, VA 23233 | Contact phone (804) 755–7599<br>Email: jsharman@btclawva.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Harry Shaia, Jr<br>Spinella, Owings & Shaia, P.C.<br>8550 Mayland Drive<br>Richmond, VA 23294 | Contact phone (804) 747–0920<br>Email: harryshaia@spinella.com |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.  **McVCIS 24–hour case information:** Toll Free 1–866–222–8029 | 701 East Broad Street  Richmond, VA 23219  Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.  Contact phone 804–916–2400 | **For the Court:**  Clerk of the Bankruptcy Court: William C. Redden  Date: October 17, 2017 |
|---|---|---|
| 7. **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 14, 2017 at 01:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |
| 8. **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: January 16, 2018** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

Official Form 309A (For Individuals or Joint Debtors)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page 2

Debtor **Zainab Mariam Dumbuya** and **Mohamed Dumbuya**                                    Case number **17–35172–KLP**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov) and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 17-35172-KLP
Zainab Mariam Dumbuya                                           Chapter 7
Mohamed Dumbuya
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: cummingsj          Page 1 of 1          Date Rcvd: Oct 17, 2017
                              Form ID: 309A            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db/jdb         +Zainab Mariam Dumbuya,   Mohamed Dumbuya,   1319 Quiet Forest Lane,
                 Colonial Heights, VA 23834-5439
14095766       +Bowen Ten Cardani, PC,   3957 Westerre Pkwy,   Suite 105,   Richmond, VA 23233-1319
14095767       +Cardiac Connections,   10106 Krouse Road,   Chesterfield, VA 23832-6572
14095769       +Therapy Resources, Inc,   9562 Kings Charter Drive,   Ashland, VA 23005-8065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jsharman@btclawva.com Oct 18 2017 02:03:45      Jacqueline W. Sharman,
                 Bowen Ten Cardani, P.C.,   3957 Westerre Parkway,   Suite 105,   Richmond, VA  23233
tr             +EDI: QHSHAIA.COM Oct 18 2017 01:58:00      Harry Shaia, Jr,   Spinella, Owings & Shaia, P.C.,
                 8550 Mayland Drive,   Richmond, VA 23294-4704
14095768       +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Oct 18 2017 02:04:28      Office of the US Trustee,
                 701 E. Broad Street,   Richmond, VA 23219-1885
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Harry Shaia, Jr    harryshaia@spinella.com,
               marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com
              Jacqueline W. Sharman    on behalf of Debtor Zainab Mariam Dumbuya jsharman@btclawva.com,
               bmelton@btclawva.com
              Jacqueline W. Sharman    on behalf of Joint Debtor Mohamed  Dumbuya jsharman@btclawva.com,
               bmelton@btclawva.com
              Judy A. Robbins    USTPRegion04.RH.ECF@usdoj.gov
                                                                                              TOTAL: 4